UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACQUELINE PUZAS,<br><br>              Plaintiff,<br><br>   v.<br><br>KING COUNTY, *et al.*,<br><br>             Defendants. | Case No. C23-1656-JNW<br><br>ORDER |

      Plaintiff has filed an amended application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 5-1 at 6-7.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's amended application to proceed IFP (dkt. # 5-1 at 6-7) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

      The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Jamal N. Whitehead.

      Dated this 27th day of June, 2024.

                                                          MICHELLE L. PETERSON
                                                          United States Magistrate Judge

ORDER - 1