UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACQUELINE PUZAS,<br><br>   Plaintiff,<br><br>   v.<br><br>KING COUNTY ET AL.,<br><br>   Defendant. | CASE NO. 23-cv-01656<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

Before the Court is Plaintiff Jacqueline Puzas's Motion for Extension of Time, Dkt. No. 13. On July 31, 2024, after reviewing Puzas's complaint under 28 U.S.C. § 1915(e), the Court ordered her to file an amended complaint within 21 days. Dkt. No. 12. She filed this motion on August 21, 2024, requesting an extension of the 21-day deadline. After reviewing the motion, the Court finds that Puzas's continued investigation of the underlying facts does not justify the 120-day extension requested. But her illness and recent loss of housing, however, constitute good cause to extend the deadline beyond the date originally set.

Thus, the Court GRANTS IN PART the motion, and RESETS Puzas's deadline for filing her amended complaint to October 31, 2024. Dkt. No. 13. Absent

**ORDER** GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME - 1

extreme circumstances, this will be the final continuance. Failure to file a proper amended complaint by the new deadline will result in dismissal of this action without prejudice.

Dated this 27th day of August, 2024.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME - 2