UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACQUELINE PUZAS, | CASE NO. 23-cv-01656 |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| KING COUNTY ET AL, | |
| Defendants. | |

On July 31, 2024, the Court ordered Plaintiff Jacqueline Puzas to amend her complaint to comply with Rule 8 of the Federal Rules of Civil Procedure. Dkt. No. 12. The Court subsequently granted two extensions, moving Puzas's deadline to November 27, 2024. Dkt. Nos. 14, 16. Puzas did not file an amended complaint by the deadline. Instead, she filed a motion for emergency ex parte relief, citing Federal Rules of Civil Procedure 65, 26, 16, 53, and 57, in addition to several Local Civil Rules. *See* Dkt. No. 17. Accordingly, the Court ORDERS that Puzas's case is DISMISSED without prejudice, and all remaining motions are DENIED AS MOOT.

ORDER DISMISSING CASE - 1

1  Dated this 4th day of December, 2024.

_____
Jamal N. Whitehead
United States District Judge

ORDER DISMISSING CASE - 2